# In the United States District Court for the Southern District of Georgia
## Waycross Division

| | |
|---|---|
| ANDRE FRANZ LINDSAY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>　　　　Respondent. | 5:25-cv-41 |

### ORDER

Petitioner Andre Lindsay ("Lindsay") filed a Motion to Dismiss and asks the Court to allow him to withdraw or to dismiss his 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus without prejudice. Dkt. No. 7. Based on Federal Rule of Civil Procedure 41(a), the Court **GRANTS** Lindsay's Motion and **DISMISSES without prejudice** his 28 U.S.C. § 2241 Petition. Scott v. Speights, No. CA 14-0189, 2014 WL 2993726 (S.D. Ala. July 4, 2014) (recognizing applicability of Rule 41(a) to § 2241 petitions). The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED, this  3  day of June, 2025.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. LISA GODBEY WOOD, JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA